IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN A. PRICE, | No.  CIV.S-04-1235 GEB DAD PS |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, CORRECTIONAL TRAINING FACILITY, SOLEDAD, | |
| Defendant. _____/ | |

On December 6, 2005, defendant filed a timely motion for summary judgment, noticing that motion to be heard on January 6, 2006.  On January 3, 2006, defendant filed an amended notice of motion, continuing the hearing on its motion for summary judgment to February 17, 2006, apparently as a result of concerns expressed by plaintiff, who is proceeding pro se in this matter, that she did not receive defendant's motion in the mail in a timely fashion.  That same day plaintiff filed a request to continue the hearing on the summary judgment motion, citing her recent changes of address.  In

1

response to the parties' expressed concerns, the courtroom deputy of the undersigned magistrate judge placed defendant's motion for summary judgment on the court's February 17, 2006, calendar for hearing.

On January 11, 2006, plaintiff filed a motion to compel production of documents seeking to compel further compliance document request plaintiff served upon defendant nearly a year ago. By letter filed January 19, 2006, defendant objected to plaintiff's motion to compel as untimely, pointing out that the last day for discovery in this case was November 18, 2005.

Defendant's understanding of the scheduling order in this case is correct. Under the terms of that order, all discovery was left open, save and except that it was to be conducted as to be completed by November 18, 2005. Therefore, plaintiff's untimely motion to compel will not be placed on the court's calendar but rather is hereby denied as untimely.

While the last day for law and motion under the court's scheduling order was January 13, 2006, the defendant's motion for summary judgment is hereby confirmed for hearing on **February 17, 2006**, at **10:00 a.m.** in Courtroom no. 27 before the undersigned.[1]

/////

/////

/////

---

[1] Defendant initially noticed its motion for hearing on January 6, 2006, prior to the law and motion cut-off date, and it is therefore deemed timely. Moreover, the Final Pretrial Conference in this matter is not until April 3, 2006.

2

1    Finally, plaintiff shall file and serve opposition to the
2 motion for summary judgment, if any, on or before February 3, 2006.
3 See Local Rule 78-230(c).
4    IT IS SO ORDERED.
5 DATED: January 25, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1\orders.prose\price1235.motions